THE STATE BANK OF PIKE, Appellant, *v.* JOHN NAPIER et al., Respondents.

168 591
Case 1
s169 596

*State Bank of Pike* v. *Napier*, 46 App. Div. 402, affirmed.
(Argued June 12, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 4, 1900, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*G. S. Van Gorder* for appellant.

*George E. Spring* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, BARTLETT, HAIGHT and VANN, JJ. Dissenting: LANDON, CULLEN and WERNER, JJ.